No. 7051.—Garzot, etc., apldos. *v.* Garzot & Fuertes, apldos., y The National City Bank of New York, aplte.—C. D. Humacao. Julio 19, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de la parte apelada para que se desestime el recurso interpuesto en este caso por frivolidad y carencia de finalidad práctica, vista con asistencia e informe de los abogados de ambas partes, estudiados la oposición de la interventora y el alegato del apelado en apoyo de la moción y apreciadas todas las circunstancias concurrentes, no estando convencido el Tribunal de que la apelación sea claramente frívola y de que carezca de finalidad práctica por lo menos en parte, no ha lugar; debiendo señalarse la vista del recurso en su fondo para el término más breve que sea posible, ya que es aparente la urgencia de su resolución definitiva.

(*h*) RECURSOS INTERPUESTOS FUERA DEL TÉRMINO.

La corte, a propuesta de sus distintos jueces, desestimó los siguientes recursos por haberse interpuesto después de vencido el término para apelar:

Nos. 7033, 7072 y 7094.

(i) CARÁCTER APELABLE DE LA RESOLUCIÓN U ORDEN APELADA.